SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: bryan.whittaker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> MARTIN RAMOS-URIAS, <br>     Defendant. | No.   CR-07-70475 WDB <br><br> STIPULATION CONTINUING DATE OF PRELIMINARY HEARING OR ARRAIGNMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND [~~PROPOSED~~] ORDER |

    On August 15, 2007, the parties in this case appeared before the Court and Mr. Ramos-Urias waived hir right to a preliminary hearing or arraignment within ten days of his initial appearance. Based on Mr. Ramos-Urias's waiver, the Court scheduled the next appearance in this matter for September 7, 2007 at 10:00 a.m. before Judge Brazil for a preliminary hearing or arraignment.

    The parties request this continuance on the grounds that: (1) the United States recently provided discovery to Ms. Fox, counsel for Mr. Ramos-Urias; (2) Ms. Fox requires adequate time to review this discovery and further discuss it with Mr. Ramos-Urias; (3) Ms. Fox is

unavailable during the last two weeks of August 2007; and (4) Ms. Fox believes that postponing the preliminary hearing is in Mr. Ramos-Urias's best interest, and that it is not in her client's interest for the United States to indict the case before the August 27, 2007, preliminary hearing deadline. The parties agree that the requested continuance is necessary for continuity of defense counsel and effective preparation of defense counsel. The Court agreed with the parties and asked for a proposed order relating to the issue.

The parties stipulate and agree that the above-stated reasons constitute good cause to support a continuance under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060. The parties also stipulate and agree that the stated reasons support a continuance of the preliminary hearing or arraignment date under Title 18, United States Code, Sections 3161(b) and 3161(h)(8)(B)(iv) and that the failure to grant the requested continuance would deny the defendant continuity of counsel and deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED: August 16, 2007  
                                                       /S/  
                                               BRYAN R. WHITTAKER  
                                               Special Assistant United States Attorney

DATED: August 16, 2007  
                                                     /S/  
                                               HILARY FOX  
                                               Attorney for Mr. Ramos-Urias

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/S/) within this e-filed document.

                                               /S/ Bryan R. Whittaker  
                                               Special Assistant U.S. Attorney

### O R D E R

For the foregoing reasons, the Court finds that good cause is shown–taking into account the pubic interest–and concludes that the continuance and wavier of time for preliminary hearing or indictment is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

The Court FURTHER ORDERS that an exclusion of time between August 15, 2007 and

1  September 7, 2007, is warranted under the Speedy Trial Act because a failure to grant the
2  continuance would deny the defendant continuity of counsel and would unreasonably deny
3  defense counsel and the reasonable time necessary for effective preparation, taking into account
4  the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of
5  justice served by excluding time under the Speedy Trial Act outweigh the best interest of the
6  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  Id. at §
7  3161(h)(A).  The Court, therefore, concludes that this exclusion of time is proper pursuant to 18
8  U.S.C. § 3161(h)(8)(B)(iv).
9       The defendant is HEREBY ORDERED to appear before Judge Brazil on September 7, 2007,
10 at 10:00 a.m.
11 IT IS SO ORDERED.

13 DATED: August 20, 2007



_____
HON.
United                          Judge
Judge Joseph C. Spero

STIPULATION AND [PROPOSED] ORDER
CR 07-70475 WDB                              3